**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6682**

———————

BO ANDERSON TAYLOR, a/k/a Bo A. Taylor,

        Plaintiff – Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, Horry County
DSS,

        Defendant – Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry M. Herlong, Jr., Senior
District Judge.  (4:09-cv-00455-HMH)

———————

Submitted:  June 22, 2009        Decided:  July 1, 2009

———————

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bo Anderson Taylor, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bo Anderson Taylor appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Anderson's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. South Carolina Dep't of Soc. Serv., No. 4:09-cv-00455-HMH (D.S.C. Mar. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED